IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 45 |
| V. | ) | Hon. Morton Denlow |
| | ) | |
| DANIEL ANDERSON | ) | |

NOTICE OF FILING

TO:  Tyler Murray
    Assistant United States Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

   Please take notice that on this 4th day of February, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

   MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

                             FEDERAL DEFENDER PROGRAM
                             Terence F. MacCarthy
                             Executive Director

                             By:  s/Mary H. Judge
                                  MARY H. JUDGE

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 East Monroe Street, Suite #2800
Chicago, IL  60603
(312) 621-8336

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 45 |
| V. | ) | Hon. Morton Denlow |
| | ) | |
| DANIEL ANDERSON | ) | |

<u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT</u>

The Federal Defender Program and its attorney, MARY H. JUDGE, hereby moves to withdraw as counsel of record for defendant, DANIEL ANDERSON, in the above-captioned action for the following reasons:

1. Since the initial appearance, a conflict-of-interest has developed as to this defendant, which necessitates the instant request. Based on concerns regarding attorney-client privilege, defense counsel is not in a position to provide further details.

2. Panel Attorney Charles Aron is prepared to seek leave to file an appearance as substitute counsel on behalf of Mr. Anderson, once this motion is granted. Mr. Aron will appear at the bond and preliminary hearings set for Monday, February 4, 2008.

WHEREFORE defense counsel asks this Court for an order allowing the Federal Defender Program to withdraw and to allow the substitution of counsel by a panel attorney.

DATED: February 4, 2008

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terence F. MacCarthy
                              Executive Director

                By:   s/Mary H. Judge
                         Mary H. Judge

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8336

CERTIFICATE OF SERVICE

      The undersigned, <u>Mary H. Judge</u> , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

was served pursuant to the district court s ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on February 4, 2008, to counsel/parties that are non-ECF filers:

                    By:    <u>s/Mary H. Judge</u>
                           Mary H. Judge
                           FEDERAL DEFENDER PROGRAM
                           55 E. Monroe St., Suite 2800
                           Chicago, Illinois 60603
                           (312) 621-8336