# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 45 - 1 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Daniel Anderson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/30/08. Defendant informed of rights. Enter order appointing Mary H. Judge to represent defendant for initial appearance proceedings only. Defendant to remain in custody pending preliminary examination and detention hearing set for 2/4/08 at 10:00 a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|