# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 45 - 1 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Daniel Anderson | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal case is granted. Defendant's oral motion to substitute counsel is granted. Mary Judge is granted leave to withdraw as counsel for Defendant. Enter order appointing Charles Aron to represent defendant  Defendant to remain in custody pending preliminary examination and detention hearing continued to 2/7/08 at 1:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|