# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. ANDERSON

FOR: Northern District of Illinois
AT: Eastern Division

FILED February 4, 2008
FEB 4 2008
MAGISTRATE JUDGE MORTON DENLOW

PERSON REPRESENTED (Show your full name): DANIEL ANDERSON

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 08CR45
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
21 USC 846

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: 1-02
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ 600
- If married is your Spouse employed? ☐ Yes  ☐ No  DNA
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
RECEIVED: $ 2500  SOURCES: misc. labor in neighborhood

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE
Total No. of Dependents: 5 — Supports 3

**DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: Rent + Utilities
Monthly Paymt: $ 900

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-4-08

SIGNATURE OF DEFENDANT: Daniel Anderson