# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 45 | **DATE** | 4/9/2008 |
| **CASE TITLE** | United States vs. Daniel Anderson | | |

**DOCKET ENTRY TEXT**

Government's agreed oral motion to dismiss the complaint against the defendant is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|

Case 1:08-cr-00045 Document 20 Filed 04/09/2008 Page 1 of 1

08CR45 United States vs. Daniel Anderson  Page 1 of 1